In the Matter of the Estate of FRANK R. BRINCKERHOFF, Deceased. ALZA BRINCKERHOFF BLACKBURN, Administratrix, etc., of FRANK R. BRINCKERHOFF,

Deceased, Appellant; STELLA BRINCKERHOFF, Respondent.— Appeal from an order of the Surrogate's Court, Dutchess county, removing appellant as administratrix of the estate of the decedent. Order unanimously affirmed, with costs, payable by the appellant personally. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.